United States District Court
Southern District of Texas
**ENTERED**
January 23, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| JASON SCOTT ITZ, | § |
| Plaintiff, | § § § |
| VS. | §  CIVIL ACTION NO. 6:24-CV-00004 |
| MARTIN J. O'MALLEY, | § § § |
| Defendant. | § § |

## FINAL JUDGMENT

Pursuant to the Court's order (D.E. 15), the Court enters final judgment granting Plaintiff's motion for summary judgment (D.E. 10), denying Defendant's motion for summary judgment (D.E. 13), and reversing and remanding for further consideration of Defendant's denial of disability benefits. Fed. R. Civ. P. 58. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

ORDERED on January 23, 2025.

Julie K. Hampton
United States Magistrate Judge